UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KOREA SECURITIES FINANCE
CORP., a foreign corporation,

CASE NO. 11-cv-23202-DLG

      Plaintiff,

v.

VISION SANTA MARIA BRICKELL,
INC., a Florida corporation, and SANTA
MARIA ON BRICKELL CONDOMINIUM
ASSOCIATION, INC., a not-for-profit
Florida corporation,

      Defendants.
_____/

## DEFENDANT VISION SANTA MARIA BRICKELL, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, VISION SANTA MARIA BRICKELL, INC. ("Vision"), by undersigned counsel and pursuant to FED R. CIV. P. 7.1, files this Corporate Disclosure Statement and states that the parent corporation of Vision is VISION QUEST INVESTORS, INC., a British Virgin Islands company, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**FOWLER RODRIGUEZ VALDES-FAULI**
*Counsel for Defendant Vision Santa Maria Miami, Inc.*
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401

By: s/ *Thomas F. Oppenheimer*
Luis A. Espino, Esq.
*Florida Bar No. 008443*
E-mail: *lespino@frvf-law.com*
Thomas F. Oppenheimer, Esq.
*Florida Bar No.* 0016847
E-mail: toppen@frvf-law.com

*Korea Securities Finance, Corp. v. Vision Santa Maria Miami, Inc., et. al.*
Case No. 11-CIV-23202-DLG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I additionally certify that the foregoing document was sent to all counsel of record on the attached service list either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

By: s/ *Thomas F. Oppenheimer*
*Florida Bar No.* 0016847

*Korea Securities Finance Corp. v. Vision Santa Maria, Inc., et. al.*
**Case No.: 11-CIV-23202-DLG**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Leslie N. Reizes, Esq.<br>E-mail: reizes@bellsouth.net<br>**Reizes Law Firm, Chartered**<br>1200 S. Federal Highway<br>Suite 301<br>Boynton Beach, Florida 33435<br>Phone: 561-736-2600<br>Fax: 561-736-2700<br>*Attorneys for Plaintiff, Korea Securities Finance Corp.*<br>Served via transmission of Notices of Electronic Filing generated by CM/ECF | Nicholas D. Siegfried, Esq.<br>Email: nsiegfriedlaw.com<br>**Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A.**<br>201 Alhambra Circle<br>Suite 1102<br>Miami, Florida 33134<br>Phone: 305-442-3334<br>Fax: 305-443-3292<br>*Attorneys for Defendant, Santa Maria on Brickell Condominium Association, Inc.*<br>Served via transmission of Notices of Electronic Filing generated by CM/ECF |