UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

KOREA SECURITIES FINANCE CORP.,

    Plaintiff,

vs.                                    Case No. 11-cv-23202-DLG

VISION SANTA MARIA MIAMI, INC.,
and SANTA MARIA ON BRICKELL
CONDOMINIUM ASSOCIATION, INC.

    Defendants.

_____/

## STIPULATION OF DISMISSAL, DISCONTINUANCE AND DISSOLUTION OF LIS PENDENS

IT IS HEREBY STIPULATED by and among the parties hereto, that the within action be, and hereby is dismissed and discontinued, with prejudice, with each party to bear its own costs; and

IT IS FURTHER STIPULATED that the Notice of Lis Pendens filed in this Court on September 6, 2011 [D.E.4], and recorded September 13, 2011, in the office of the Miami-Dade County Clerk in OR Book 27822, Pages 3838- 3839 be dissolved.

DATED: Boynton Beach, FL
          October 24, 2011

REIZES LAW FIRM, CHARTERED

By:_____
Leslie N. Reizes
Florida Bar No. 208108

Attorneys for Plaintiff
1200 S. Federal Highway, Suite 301
Boynton Beach, FL 33435
Tel: (561) 736-2600
Fax: (561) 736-2700
E-mail: reizes@bellsouth.net

DATED: Coral Gables, FL
October __, 2011

FOWLER RODRIGUEZ VALDES-FAULI

By: _____
Luis A. Espino
Florida Bar No. 008443
Attorneys for Defendant, Vision Santa
   Maria Miami, Inc.
355 Alhambra Circle, Suite #801
Coral Gables, FL 33134
Tel: (786) 364-8400
Fax: (786) 364-8401
E-Mail: lespino@frvf-law.com

DATED: Miami, FL
October __, 2011

SIEGFRIED, RIVERA, LERNER,
DE LA TORRE & SOBEL, P.A.

By: _____
Nicholas D. Siegfried
Florida Bar No. 27020
Attorneys for Defendant, Santa Maria on
   Brickell Condominium Association, Inc.
201 Alhambra Circle, Suite 1102
Miami, FL 33134
Tel: (305) 442-3334
Fax: (305) 443-3292
E-Mail: nsiegfried@nsiegfriedlaw.com